L. Scott Keehn, SBN 61691
**KEEHN LAW GROUP**
A Professional Corporation
401 B Street, Suite 1470
San Diego, California 92101
Telephone: (619) 400-2200

General Counsel for Defendants/Appellant
**Phillip C. Pace and Jeffrey A. Loya**
Special Co-Counsel for Defendant/Appellant
**Phil's BBQ of Point Loma, Inc.**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HUBBARD, an individual, | CASE NO. 09-cv-00735-LAB-KSC |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | Trial Date: N/A<br>Time: N/A<br>Dept.: 9<br>Judge: The Honorable Larry Alan Burns |
| PHIL'S BBQ OF POINT LOMA, INC., a California corporation; **PHILLIP C. PACE**, an individual; and **JEFFREY A. LOYA**, an individual, | |
| Defendants. | Magistrate Judge: The Honorable Karen S. Crawford<br>Court Reporter: Eva Oemick<br>Complaint Filed: April 10, 2009<br>Trial Concluded: December 20, 2012 |

NOTICE IS GIVEN that Defendants, **PHIL'S BBQ OF POINT LOMA, INC.,** a California corporation; **PHILLIP C. PACE,** an individual; and **JEFFREY A. LOYA,** an individual, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the

-1-

CASE NO. 09-cv-00735-LAB-KSC
124649/5465.02

1  "Order Awarding Costs and Attorney's Fees" entered June 21, 2013, as Document 192.[1]

3  Dated: June 27, 2013

                                  **KEEHN LAW GROUP**
                                  A Professional Corporation

                    By:   //s//   L. Scott Keehn
                           L. Scott Keehn, Esq.
                           General Counsel for Defendants/Appellant
                         **Phillip C. Pace and Jeffrey A. Loya,**
                         and Special Co-Counsel for Defendant/Appellant
                         **Phil's BBQ of Point Loma, Inc.**

---

[1] The "Representation Statement" required by Circuit Rule 3-2(b) is appended to this Notice identified as "Attachment 1 to Notice of Appeal".

Attachment 1 to Notice of Appeal
Representation Statement
[Circuit Rule 3-2(b)]

The names of all parties to the Order Awarding Costs and Attorney's Fees (Doc no. 192) appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| Parties | Attorneys |
|---|---|
| Phil's BBQ of Point Loma, Inc., a California corporation (Defendant/Appellant) | Jonathan Robert Zeko<br>Grant and Zeko<br>1331 India Street<br>San Diego, CA 92101<br>Phone: 619-233-7078<br>Fax: 619-233-7036<br>Email: jzeko@grantandzeko.com<br><br>L. Scott Keehn<br>Keehn Law Group, APC<br>401 B Street, Suite 1470<br>San Diego, CA 92101<br>Phone: 619-400-2200<br>Fax: 619-400-2201<br>Email: scottk@keehnlaw.com |
| Phillip C. Pace (Defendant/Appellant) | L. Scott Keehn<br>Keehn Law Group, APC<br>401 B Street, Suite 1470<br>San Diego, CA 92101<br>Phone: 619-400-2200<br>Fax: 619-400-2201<br>Email: scottk@keehnlaw.com |
| Jeffrey A. Loya (Defendant/Appellant) | L. Scott Keehn<br>Keehn Law Group, APC<br>401 B Street, Suite 1470<br>San Diego, CA 92101<br>Phone: 619-400-2200<br>Fax: 619-400-2201<br>Email: scottk@keehnlaw.com |

| | |
|---|---|
| Thomas Hubbard<br>(Plaintiff/Appellee) | Daniel M. Benjamin<br>Ballard Spahr, LLP<br>655 W. Broadway, Suite 1600<br>San Diego, CA 92101<br>Phone: 619-696-9200<br>Fax: 619-696-9269<br>Email: benjamind@ballardspahr.com |
| | Robert J. McGaughey<br>Law Office of Robert J. McGaughey<br>2440 Fox Tower<br>805 SW Broadway Street<br>Portland, OR 97205<br>Phone: 503-223-7555<br>Fax: 503-525-4833<br>Email: bob@law7555.com |

Dated: June 27, 2013

**KEEHN LAW GROUP**
A Professional Corporation

By:   //s//   L. Scott Keehn
L. Scott Keehn, Esq.
General Counsel for Defendants/Appellant
**Phillip C. Pace and Jeffrey A. Loya,**
and Special Co-Counsel for Defendant/Appellant
**Phil's BBQ of Point Loma, Inc.**